# UNITED STATES DISTRICT COURT
for the
Southern District of Illinois

ANTHONY MRDJENOVICH )
_____ )  Case Number: __20-324-SMY__
_____ )  (Clerk's Office will provide)
_____ )
Plaintiff(s)/Petitioner(s) )
v. )
) ☒ CIVIL RIGHTS COMPLAINT
) pursuant to 42 U.S.C. §1983 (State Prisoner)
MENARD CORRECTIONAL CENTER )  ☐ CIVIL RIGHTS COMPLAINT
LT. N BEBOUT /SGT. DOEDING / )  pursuant to 28 U.S.C. §1331 (Federal Prisoner)
C/O JAMES /~~~~~~~~~~~~~~~/NURSE (JANE DOE) ) ☐ CIVIL COMPLAINT
MENARD CORRECTIONAL HEALTH CARE UNIT ) pursuant to the Federal Tort Claims Act, 28 U.S.C.
JOHN DOE #1  Defendant(s)/Respondent(s) ) §§1346, 2671-2680, or other law
JOHN DOE #2

## I. JURISDICTION

**Plaintiff:**

A. Plaintiff's mailing address, register number, and present place of confinement. ANTHONY MRDJENOVICH
ID#Y37366 / HOUSE: WEST / CELL: 114
PONTIAC CORRECTIONAL CENTER
P.O BOX 99
PONTIAC, IL 61764

**Defendant #1:**

B. Defendant __MENARD CORRECTIONAL CENTER__ is employed as
(a)  (Name of First Defendant)

__CORRECTIONAL CENTER (PRISON)__
(b)  (Position/Title)

with __MENARD CORRECTIONAL CENTER, P.O BOX 1000, MENARD__
(c)  (Employer's Name and Address)

__ILLINOIS 62259__

At the time the claim(s) alleged this complaint arose, was Defendant #1 employed by the state, local, or federal government? ☒ Yes  ☐ No

If your answer is YES, briefly explain:
THIS IS THE PRISON WHERE MY CLAIM HAPPEND AT AND THIS PRISON IS RESPONSIBLE FOR THE ACTIONS OF ITS EMPLOYEES AND MEDICAL STAFF.

Rev. 10/3/19

**Defendant #2:**

C. Defendant  LT. N. BEBOUT  is employed as

(Name of Second Defendant)

LUITENANT (FOR 1ST SHIFT 7AM-3PM) IN EAST CELL HOUSE
(Position/Title)

with  MENARD CORRECTIONAL CENTER, P.O BOX 1000,
(Employer's Name and Address)

MENARD, ILLINOIS 62259

At the time the claim(s) alleged in this complaint arose, was Defendant #2 employed by the state, local, or federal government?   ☒ Yes   ☐ No

If you answer is YES, briefly explain:
LT. N BEBOUT WAS THE RANKING OFFICER WHEN I WAS ASSAULTED AND DID NOT TELL HIS OFFICERS TO STOP, OR STEP IN AND STOP THE ASSAULT ON ME.


**Additional Defendant(s) (if any):**

DEFENDANT #3

D. Using the outline set forth above, identify any additional Defendant(s).
DEFENDANT:  SGT. DOEDING  IS EMPLOYED AS
(NAME OF THIRD DEFENDANT)

SERGEANT (FOR 1ST SHIFT 7AM-3PM) IN EAST CELL HOUSE
(POSITION/TITLE)

WITH  MENARD CORRECTIONAL CENTER, P.O. BOX 1000,

MENARD, ILLINOIS 62259

AT THE TIME CLAIM(S) ALLEGED IN THIS COMPLAINT AROSE, WAS DEFENDANT #3 EMPLOYED BY THE STATE, LOCAL, OR FEDERAL GOVERNMENT?  ☒ YES  ☐ NO

IF YOU ANSWER YES, BREIFLY EXPLAIN: WHEN I WAS NON-RESISTANT AND COMPLIANT, WHILE LAYING ON THE GROUND WITH MY HANDS BEHIND MY BACK SGT. DOEDING SPRAYED ME WITH MACE ON MY HEAD IN FACE. HE ALSO STOOD BY WHILE HIS OFFICERS ASSAULTED ME, AND DID NOT STEP IN A STOP IT.

Rev. 10/3/19

I.

DEFENDANT #4

E. DEFENDANT C/O JAMES (NAME OF FOURTH DEFENDANT) IS EMPLOYED AS CORRECTIONAL OFFICER (POSITION/TITLE) WITH MENARD CORRECTIONAL CENTER, P O BOX 1000, MENARD, IL 62259. (EMPLOYERS NAME AND ADDRESS)

AT THE TIME THE CLAIM(S) ALLEGED IN THIS COMPLAINT AROSE, WAS DEFENDANT #4 EMPLOYED BY THE STATE, LOCAL OR FEDERAL GOVERNMENT? ☑ YES ☐ NO

IF YOU ANSWER YES, BRIEFLY EXPLAIN:

C/O JAMES ASSAULTED ME IN THE EAST HOUSE ENTRANCE, ON THE WAY TO THE HEALTH CARE UNIT, IN THE HEALTH CARE UNIT, AND AT NORTH 2 SEGREGATION. HE WAS A ESCORTING OFFICER.

DEFENDANT #5

F. DEFENDANT JOHN DOE #1 (CAUCASIAN) (NAME OF FIFTH DEFENDANT) IS EMPLOYED AS CORRECTIONAL OFFICER (POSITION/TITLE) WITH MENARD CORRECTIONAL CENTER, P O BOX 1000, MENARD, IL 62259.

AT THE TIME THE CLAIM(S) ALLEGED IN THIS COMPLAINT AROSE, WAS DEFENDANT #5 EMPLOYED BY THE STATE, LOCAL, OR FEDERAL GOVERNMENT? ☑ YES ☐ NO

IF YOU ANSWER YES, BRIEFLY EXPLAIN:

JOHN DOE #1 ASSAULTED ME IN THE EAST HOUSE ENTRANCE, AT THE HEALTH CARE UNIT, AND AT NORTH 2 SEGREGATION. HE WAS ANOTHER ESCORTING OFFICER.

DEFENDANT #6

G. DEFENDANT JOHN DOE #2 (CAUCASIAN) (NAME OF SIXTH DEFENDANT) IS EMPLOYED AS CORRECTIONAL OFFICER (POSITION/TITLE) WITH MENARD CORRECTIONAL CENTER, P O BOX 1000, MENARD, IL 62259.

AT THE TIMES THE CLAIM(S) ALLEGED IN THIS COMPLAINT AROSE, WAS DEFENDANT #6 EMPLOYED BY THE STATE, LOCAL, OR FEDERAL GOVERNMENT? ☑ YES ☐ NO

IF YOU ANSWER YES, BRIEFLY EXPLAIN:

JOHN DOE #2 ASSAULTED ME IN THE EAST HOUSE ENTRANCE, AT THE HEALTH CARE UNIT, AND AT NORTH 2 SEGREGATION. HE WAS ANOTHER ESCORTING OFFICER.

DEFENDANT #7

H. DEFENDANT JANE DOE #1 (CAUCASIAN) IS EMPLOYED AS NURSE/DOCTOR
   (NAME OF SEVENTH DEFENDANT)                              (POSITION/TITLE)
WITH MENARD CORRECTIONAL CENTER, P.O BOX 1000, MENARD, IL 62259.
AT THE TIME THE CLAIM(S) ALLEGED IN THIS COMPLAINT AROSE WAS DEFENDANT #7
EMPLOYED BY THE STATE, LOCAL, OR FEDERAL GOVERNMENT? ☒ YES ☐ NO
IF YOU ANSWER YES, BRIEFLY EXPLAIN:
THE NURSE/DOCTOR FAILED TO DECONTAMINATE THE MACE OFF MY FACE AN
PROPERLY CHECK AND CARE FOR MY INJURIES

DEFENDANT #8

I. DEFENDANT MENARD HEALTH CARE UNIT IS EMPLOYED AS MEDICAL TREATMENT UNIT
   (NAME OF EIGTH DEFENDANT)                              (POSITION/TITLE)
WITH MENARD CORRECTIONAL CENTER, P.O BOX 1000, MENARD, IL 62259.
AT THE TIME THE CLAIM(S) ALLEGED IN THIS COMPLAINT AROSE, WAS DEFENDANT #8
EMPLOYED BY THE STATE, LOCAL, OR FEDERAL GOVERNMENT? ☒ YES ☐ NO
IF YOU ANSWER YES, BRIEFLY EXPLAIN:
THE MEDICAL HEALTH CARE UNIT FAILED TO TRAIN ITS EMPLOYEES HOW
TO PROPERLY TREAT INMATES SPRAYED WITH MACE AND CHECK FOR OTHER INJURIES
AND TREAT THEM.

II. PREVIOUS LAWSUITS

A. Have you begun any other lawsuits in state or federal court while you were in prison or jail (during either your current or a previous time in prison or jail), e.g., civil actions brought under 42 U.S.C. § 1983 (state prisoner), 28 U.S.C. § 1331 (federal prisoner), 28 U.S.C. §§ 1346, 2671-2680, or other law?  ☒Yes ☐No

B. If your answer to "A" is YES, describe each lawsuit in the space below. If there is more than one lawsuit, you must describe the additional lawsuits on another sheet of paper using the same outline. <u>List ALL lawsuits in any jurisdiction and indicate the court where they were filed to the best of your ability,</u> including those that resulted in the assessment of a "strike" under 28 U.S.C. § 1915(g) and/or those that were dismissed for being frivolous, malicious, or for failure to state a claim (see 28 U.S.C. § 1915A; 28 U.S.C. § 1915(e)(2); Federal Rule of Civil Procedure 12(b)(6)). FAILURE TO FULLY DISCLOSE YOUR LITIGATION HISTORY, INCLUDING "STRIKES," MAY RESULT IN SANCTIONS THAT INCLUDE DISMISSAL OF THIS ACTION.

1. Parties to previous lawsuits:
Plaintiff(s): ANTHONY ROBERT MEDJENOVICH

Defendant(s): OFFICER VAN, SGT GALLARAHO, MS PAYNE COOK COUNTY DEPARTMENT OF CORRECTIONS

2. Court (if federal court, name of the district; if state court, name of the county): NORTHERN DISTRICT OF ILLINOIS (UNITED STATES DISTRICT COURT)

3. Docket number: 1:16-cv-02958

4. Name of Judge to whom case was assigned: HONORABLE VIRGINIA M. KENDALL

5. Type of case (for example: Was it a habeas corpus or civil rights action?): 555 CIVIL RIGHTS (PRISON CONDITION)

6. Disposition of case (for example: Was the case dismissed? Was it appealed? Is it still pending?):
CASE WAS TERMINATED FROM SETTLEMENT AGREEMENT

Rev. 10/3/19



7. Approximate date of filing lawsuit: 3/7/2016

8. Approximate date of disposition: 5/31/2018

9. Was the case dismissed as being frivolous, malicious, or for failure to state a claim upon which relief may be granted and/or did the court tell you that you received a "strike?" NO

III. **GRIEVANCE PROCEDURE**

A. Is there a prisoner grievance procedure in the institution? ☒ Yes ☐ No

B. Did you present the facts relating to your complaint in the prisoner grievance procedure? ☒ Yes ☐ No

C. If your answer is YES,
 1. What steps did you take?
 FILED GRIEVANCE, RECIEVED ANSWER, I APPEALED, AND FILED CLAIM

 2. What was the result?
 NO ACTION WAS TAKEN TO MY REQUESTS

D. If your answer is NO, explain why not.

E. If there is no prisoner grievance procedure in the institution, did you complain to prison authorities? ☐ Yes ☐ No

F. If your answer is YES,
 1. What steps did you take?



__H. ATTACH COPIES OF YOUR REQUEST FOR AN ADMINISTRATIVE REMEDY AND ANY RESPONSE YOU RECIEVED, IF YOU CANNOT DO SO, EXPLAIN WHY NOT!__

## State of Illinois - Department of Corrections
## Counseling Summary

| | | | |
|---|---|---|---|
| IDOC # | Y37366 | Counseling Date | 12/17/19 09:23:16:127 |
| Offender Name | MRDJENOVICH, ANTHONY | Type | Collateral |
| Current Admit Date | 07/08/2019 | Method | Grievance |
| MSR Date | 11/13/2065 | Location | PON WEST SEGREGATION |
| HSE/GAL/CELL | W -01-02 | Staff | KENNEDY MALLORIE A., Office Associate |

(CONTROL #)
Received grievance #082274 via the Warden's Office. The CAO has determined issue a non-emergency on 12/16/19. If offender rejects this decision he may choose to forward complaint via the "Grievance Only" mail box for further processing. Complaint returned to offender via institutional mail service.

## State of Illinois - Department of Corrections
## Counseling Summary

| | | | |
|---|---|---|---|
| IDOC # | Y37366 | Counseling Date | 03/06/20 12:32:17:687 |
| Offender Name | MRDJENOVICH, ANTHONY | Type | Collateral |
| Current Admit Date | 07/08/2019 | Method | Grievance |
| MSR Date | 11/13/2065 | Location | PON WEST SEGREGATION |
| HSE/GAL/CELL | W -04-16 | Staff | SIMPSON, SHARON A., Correctional Officer |

Received grievance dated 3/04/20 pertaining to OTHER - WANTS ARB RESPONSE TO G#082274. G#084053. Complaint forwarded to Counselor for response at the 1st Level.

NAME: ANTHONY MRDJENOVICH / # Y37366 / HOUSE: WEST / CELL: 114

RQ: I AM RESPECTFULLY REQUESTING A COPY OF MY GRIEVANCE (THE # IS #082274) [NOT IN YOUR FILE] AND I WOULD ALSO LIKE A COPY OF MY DISCIPLINARY TICKET SUMMARY FROM 12-3-19 (STAFF ASSAULT) WITH THE FINDINGS OF GUILTY AND SHOWING WHAT RESTRICTIONS I WAS GIVEN. THANK YOU.

2. What was the result?

G. If your answer is NO, explain why not.

① H. Attach copies of your request for an administrative remedy and any response you received. If you cannot do so, explain why not:

I HAVE REQUESTED A COPY OF MY GRIEVANCE ABOUT ME BEING ASSAULTED BUT IVE BEEN TOLD IT (THE GRIEVANCE) IS NOT IN MY FILE. THE GRIEVANCE # IS: G#082274. IT WAS RECIEVED 12/10/19. ATTACHED IS A COPY OF COUNSELOR RESPONSE. I ALSO SENT THE GRIEVANCE TO THE "ARB" AFTER THE WARDEN DECLARED IT A 'NON' "EMERGENCY" AND I HAVE STILL RECIEVED NO RESPONSE.

## State of Illinois - Department of Corrections
## Counseling Summary

| | | | |
|---|---|---|---|
| IDOC # | Y37366 | Counseling Date | 12/12/19 06:09:00:207 |
| Offender Name | MRDJENOVICH, ANTHONY | Type | Collateral |
| Current Admit Date | 07/08/2019 | Method | Grievance |
| MSR Date | 11/13/2065 | Location | PON WEST SEGREGATION |
| HSE/GAL/CELL | W -01-02 | Staff | SIMPSON, SHARON A., Correctional Officer |

Received grievance dated 12/10/19 pertaining to STAFF CONDUCT - OFFICER CAMPBELL (12/03/19 - MENARD CC). G#082274. Complaint forwarded to CAO per offender's request. NOTE: GRIEVANCES PERTAINING TO ISSUES FROM OTHER FACILITIES ARE TO BE DIRECTED TO THE ARB.

- I SENT MY GRIEVANCE TO THE ARB 12/18/2019. (ATTACHED IS MY LEGAL MAIL CARD
- SHOWING I STILL HAVE RECIEVED NO RESPONSE.

Rev. 10/3/19

NEXT PG.

(2) II. PREVIOUS LAWSUITS

A. Have you begun any other lawsuits in state or federal court while you were in prison or jail (during either your current or previous time in prison or jail) e.g. civil action brought under 42 U.S.C. §1983 (state prisoner), 28 U.S.C §1331 (federal prisoner) 28 U.S.C §§1346, 2671-2680, or other law ☒ Yes ☐ No

B. If your answer to "A" is yes, describe each lawsuit in the space below. If there is more than one lawsuit, you must describe the additional lawsuit on another sheet of paper using the same outline. List all lawsuits in any jurisdiction and indicate the court where they were filed to the best of your ability, including those that resulted in the assessment of a "strike" under 28 U.S.C §1915(g) and or those that were dismissed for being frivolous, malicious or for failure to state a claim (see 28 U.S.C §1915A; 28 U.S.C §1915(e)(2); Federal Rule of Civil Procedure 12(b)(6). Failure to fully disclose your litigation history, including "strikes", may result in sanctions that include dismissal of this action.

1. Parties to Previous Lawsuits:
   Plaintiff(s): Anthony Robert Mrdjenovich
   Defendants: T. Maciunas, F. Medina, A. Delao, J. Tiscerano, J. Fleming, T. Bellettire, M. Villarreal, Lt. Johnson

2. Court: Northern District of Illinois (United States District Court)

3. Docket Number: 1:16-cv-08862

4. Name of Judge to who case was assigned: Virginia M Kendall

5. Type of Case: 555 Civil Rights (Prison Condition)

6. Disposition of Case: Case was terminated due to settlement agreement

7. Approximate date of filing lawsuit: 9/12/2016

8. Approximate date of disposition: 3/26/2018

III. Grievance Procedure

A. Is there a grievance procedure in the institution? ☒ Yes ☐ No

B. Did you present the facts relating to your complaint in the prisoner grievance procedure? ☒ Yes ☐ No

C. If your answer is yes,
   1. What steps did you take? Filed grievance, recieved answer, appealed, and filed claim
   2. What was the result? No action was taken
   3. If your answer is no, explain why not

D. If there is no prisoner grievance procedure in the institution, did you complain to prison authorities? ☐ Yes ☐ No

F. IF YOUR ANSWER IS YES,
  1. WHAT STEPS DID YOU TAKE?
  2. WHAT WAS THE RESULT?

G. IF YOUR ANSWER IS NO, EXPLAIN WHY NOT.

H. ATTACH COPIES OF YOUR REQUEST FOR ADMINISTRATIVE REMEDY AND ANY RESPONSE YOU RECIEVED. IF YOU CANNOT DO SO, EXPLAIN WHY NOT:

3. II. PREVIOUS LAWSUITS

A. HAVE YOU BEGUN ANY OTHER LAWSUITS IN STATE OR FEDERAL COURT WHILE YOU WERE IN PRISON OR JAIL (DURING EITHER YOUR CURRENT OR PREVIOUS TIME IN PRISON OR JAIL) e.g. CIVIL ACTIONS BROUGHT UNDER 42 U.S.C § 1983 (STATE PRISONER) 28 U.S.C § 1331 (FEDERAL PRISONER) 28 U.S.C §§ 1346, 2671-2680, OR OTHER LAW ☒ YES ☐ NO

B. IF YOUR ANSWER TO "A" IS YES, DESCRIBE EACH LAWSUIT IN THE SPACE BELOW. IF THERE IS MORE THAN ONE LAWSUIT, YOU MUST DESCRIBE THE ADDITIONAL LAWSUIT ON ANOTHER SHEET OF PAPER USING THE SAME OUTLINE. LIST ALL LAWSUITS IN ANY JURISDICTION AND INDICATE THE COURT WHERE THEY WERE FILED TO THE BEST OF YOUR ABILITY, INCLUDING THOSE THAT RESULTED IN THE ASSESSMENT OF A "STRIKE" UNDER 28 U.S.C § 1915(g) AND OR THOSE THAT WERE DISMISSED FOR BEING FRIVOLOUS, MALICIOUS, OR FOR FAILURE TO STATE A CLAIM (SEE 28 U.S.C § 1915A; 28 U.S.C § 1915(e)(2); FEDERAL RULE OF CIVIL PROCEDURE 12(b)(6). FAILURE TO FULLY DISCLOSE YOUR LITIGATION HISTORY, INCLUDING "STRIKES", MAY RESULT IN SANCTIONS THAT INCLUDE DISMISSAL OF THIS ACTION.

  1. PARTIES TO PREVIOUS LAWSUITS:
     PLANTIFF(S): ANTHONY ROBERT MRDJENOVICH
     DEFENDANTS: FRANK DESIMONE, BRIAN NORRIS, CITY OF CHICAGO, SCHILLER PARK P.D.

  2. COURT: NORTHERN DISTRICT OF ILLINOIS (UNITED STATES DISTRICT COURT)

  3. DOCKET NUMBER: 1:19-CV-02973.

  4. NAME OF JUDGE TO WHO CASE WAS ASSIGNED: VIRGINIA M. KENDALL.

  5. TYPE OF CASE: 555 CIVIL RIGHTS (PRISON CONDITION)

  6. DISPOSITION: CASE WAS DISMISSED DUE TO STATUE OF LIMITATIONS.

  7. APPROXIMATE DATE OF FILING LAWSUIT: 5/2/2019

  8. APPROXIMATE DATE OF DISPOSITION: 5/24/2019

  9. CASE WAS DISMISSED AND I RECIEVED "STRIKE".

III. GRIEVANCE PROCEDURE

A. IS THERE A PRISONER GRIEVANCE PROCEDURE IN THE INSTITUTION? ☒ YES ☐ NO

B. DID YOU PRESENT THE FACTS RELATING TO YOUR COMPLAINT IN THE PRISONER GRIEVANCE PROCEDURE? ☒ YES ☐ NO

C. IF YOUR ANSWER IS YES,
1. WHAT STEPS DID YOU TAKE? FILED GRIEVANCE, RECIEVED ANSWER, APPEALED, FILED CLAIM
2. WHAT WAS THE RESULT? NONE

D. IF YOU ANSWER NO, EXPLAIN WHY NOT.

E. IF THERE IS NO PRISONER GRIEVANCE PROCEDURE IN THE INSTITUTION DID YOU COMPLAIN TO THE PRISONS AUTHORITIES?

F. IF YOUR ANSWER IS YES,
1. WHAT STEPS DID YOU TAKE?
2. WHAT WAS THE RESULT?

G. IF YOUR ANSWER IS NO, EXPLAIN WHY NOT.

H. ATTATCH COPIES OF YOUR REQUEST FOR ADMINISTRATIVE REMEDY AND ANY RESPONES YOU RECIEVED. IF YOU CANNOT, EXPLAIN WHY NOT:

IV. STATEMENT OF CLAIM

Pg. 1

## 1983 CLAIM

On December 3rd 2019 around 8:20am, at Menard Correctional Center, I was called out of my cell #1016 in the East Cell House for a mental health appointment. I approached Officer Campbell who was working the East Cell House sick call and mental health care when Officer Campbell called me a "bitch". I immeadiately struck Officer Campbell in the face knocking him to the ground. When I struck the officer I fell forward almost on top of him but next to him. I was tackeled from behind by c/o Wilson who began punching me in the back of the head. I was already laying flat on my stomach at this time so I tried to block the officers punches by putting my hands on my head. I then put both of my hands behind my back to show I was non-resistant and compliant. I never assaulted any other officers and I did not recieve any punches to my face or body at this time in front of the sick call/ mental health care. I had my hands behind my back for about 15 seconds with about 4 or 5 officers and their weight on me who arrived to assist. I was non-resistant but not handcuffed when I was sprayed with mace on the top of my head and face while I was on the ground with my hands behind my back by Sgt. Doeding and while I was non-resistant. I was then hand handcuffed so tightly that the top of my right hand and fingers went completely numb. I was brought out of the East House entrance where I was punched in the torso, and kneed in the face, torso, and legs by officer c/o James and 2 John Doe white officers. Both Sgt. Doeding and Lt. N. Bebout watched the officers assault me and didnt step in to stop them. The officers the escorted me to the health care unit. On the way to the health care unit going down the ramp to it c/o James to my right kept kneeing me in my right eye. My head was towards the ground and the officers

PG. 2

WERE PULLING UP MY HANDS VIOLENTLY. C/O JAMES KNEED ME IN MY RIGHT EYE 7 OR 8 TIMES CAUSING MY EYE TO SWELL UP ENORMOUSLY AND CLOSE. THE WITNESSES TO THIS ASSAULT WERE DAWSON DICKINSON #M19016 INMATE AND KENNETH SHIEF INMATE #K66615, WHO WERE IN THE SMALL "PC" RECREATION YARD IN FRONT OF EAST HOUSE UNIT. AS WE ALL APPROACHED THE HEALTH CARE UNIT C/O JAMES + 2 JOHN DOES HIT MY HEAD OFF THE HEALTH CARE UNIT GATE TO OPEN IT. THE OFFICERS BROUGHT ME INTO THE HALLWAY AND THREW ME TO THE GROUND AND TOLD ME TO "SHUT THE FUCK UP". I LAYED THERE FOR ABOUT 2 MINUTES. THEY PICKED ME UP AND BROUGHT ME INTO THE 2ND OR 3RD ROOM ON THE LEFT AND SLAMMED ME FACE DOWN ON A MEDICAL TABLE. NOW THAT WE WERE ISOLATED THE 3 OFFICERS C/O JAMES AND 2 WHITE JOHN DOE OFFICERS BEGAN TO PUNCH AND KNEE ME IN THE TORSO, LEGS AND GROIN AREA. THIS 3RD ASSAULT BY THE OFFICERS LASTED ABOUT 2-3 MINUTES. THE OFFICERS WERE OUT OF BREATH AFTER ASSAULTING ME AND I FELT LIKE I WAS GOING TO DIE AT THAT MOMENT. THE 3 OFFICERS ABRUPTLY STOPPED WHEN THE NURSE CAME BY TALKING ABOUT USING MILK TO DECONTAMINATE THE MACE OFF ME. NO MEDICAL STAFF DID ANYTHING TO GET THE MACE OFF ME. WHEN THE NURSE LEFT ONE JOHN DOE OFFICER GRABBED MY RIGHT LEG FROM BEHIND ME AND TRIED TO STRIKE ME IN THE GROIN AREA. HE THEN TRIED TO MANUALLY BREAK MY ANKLE BY TWISTING IT. HE DIDN'T BREAK IT BUT SEVERELY SPRAINED MY ANKLE WHILE RIPPING OFF MY RIGHT SHOE. I SCREAMED SO LOUD WHEN THE OFFICER TRIED TO BREAK MY ANKLE IT COULD BE HEARD BY INMATES IN THE HEALTH CARE UNIT BULLPIN. ANOTHER JOHN DOE OFFICER THEN CAME WITH A VIDEO CAMERA TO VIEW MY INJURIES POORLY. I WAS IN SO MUCH PAIN AND SCARED FOR MY LIFE THAT I WAS AFRAID TO SAY WHAT EXACTLY WAS HURT. THE NURSE CAME AGAIN AND DID A HORRIBLE JOB CHECKING MY INJURIES AND DID NOTHING FOR THEM. MY RIGHT EYE WAS EXTREMELY

BRUISED AND SWOLLEN SHUT, MY LEFT KNEE WAS CUT OPEN, MACE WAS STILL ON MY FACE AND BODY, MY RIGHT ANKLE WAS SEVERELY SPRAINED AND MY RIGHT HAND AND FINGERS WERE COMPLETELY NUMB. THE OFFICERS THEN ESCORTED ME OUT OF THE HEALTH CARE UNIT, AND HIT MY HEAD OFF THE GATE TO OPEN IT AGAIN AND WITH ONLY ONE SHOE ON VIOLENTLY DRAGGED AND RUSHED ME 100 YARDS TO NORTH 2 SEGREGATION. AS WE ENTERED THE NORTH 2 SEGREGATION ENTRANCE C/O JAMES AND 2 JOHN DOE OFFICERS KNEED ME IN THE EYE AGAIN AND PUNCHED ME IN THE TORSO AND LEGS AGAIN MAKING THAT THEIR 4th ASSAULT ON ME. THE OFFICERS THREW ME IN A CELL ON GALLERY 2 WITH NO WATER, UN-HANDCUFFED ME AND STRIPPED MY CLOTHES AND GAVE ME A TAN JUMPSUIT. WHEN THE THREW ME IN THE CELL I WAS IN EXSCRUTIATING PAIN I COULD BARELY STAND UP. THE FLOOR WAS DAMP IN THE CELL SO I PUT MY FACE ON THE FLOOR TO TRY AND HELP THE MACE BURNING MY SKIN. I WAS MOVED TO CELL #401 20 MINUTES LATER WHERE I COULD FINALLY RINSE THE MACE FROM MY FACE AND BODY FROM THE SINK WATER. I WAS QUESTIONED ABOUT THE ASSAULT ON OFFICER CAMPBELL ONLY AND WAS NEVER ASKED HOW I SUSTAINED MY INJURIES. I WAS THEN IMMEADIATELY TRANSFERED TO PONTIAC CORRECTIONAL CENTER WHERE ALL MY INJURIES WERE PROPERLY VIDEO'D, DOCUMENTED AND PHOTOGRAPHED AND PROPER MEDICAL TREATMENT WAS GIVEN TO ME. THE WARDEN OF MENARD CORRECTIONAL CENTER AND LT. N. BEBOUT FAILED TO TRAIN THEIR OFFICERS ON THE WAY TO CONDUCT THEM-SELVES DURING THIS INCIDENT. ALL OTHER OFFICERS INVOLVED FAILED TO STEP IN AND STOP THE 4 ASSAULTS ON ME WHILE I WAS COMPLETELY NON-RESISTANT AND HANDCUFFED BEHIND MY BACK. TO THIS DAY I STILL HAVE NUMBNESS AND ON GOING PAIN IN MY RIGHT HAND WHICH I AM TAKING PAIN MEDICINE FOR. I ALSO SUFFER A LITTLE BLURINESS IN MY RIGHT EYE AND WAS PRESCRIBED GLASSES TO HELP MY VISION. THE WITNESSES TO

PG.4

to this incident were on the East House sick call Bullpin, East House Small Protective Custody Recreation Yard, Health Care Unit Bullpin, and North 2 Segregation Cell #226 or #227. Also cameras in those areas would have caught this incident on camera for multiple weeks. After this assault I had to go through severe pain all over my body and go through the healing process from my injuries. My PTSD and anxiety levels have sky rocketed causing me to have more panick attacks, horrible vivid nightmares and having to have my pychiatric medication increased. I am traumatized from these assaults on me and now when any correctional officers come to my cell to take me somewhere I fear that I may be assault for no reason, while handcuffed behind my back. This feeling will never leave me. I am embarrassed and humiliated from this criminal act by Menard correctional staff and always will be.

_____  3-13-20
SIGNATURE                         DATE

V. **REQUEST FOR RELIEF**

State exactly what you want this court to do for you. If you are a state or federal prisoner and seek relief which affects the fact or duration of your imprisonment (for example: illegal detention, restoration of good time, expungement of records, or parole), you must file your claim on a habeas corpus form, pursuant to 28 U.S.C. §§ 2241, 2254, or 2255. Copies of these forms are available from the clerk's office.

I WOULD LIKE TO BE AWARDED COMPENSATORY DAMAGES IN THE AMOUNT OF $100,000 JOINTLY AND SEVERALLY AGAINST THE DEFENDANTS, C/O JAMES, LT. N. BEBOUT, SGT. DOEDING, JOHN DOE #1, JOHN DOE #2, AND MENARD CORRECTIONAL CENTER FOR THE PHYSICAL BEATING, AND EMOTIONAL INJURIES SUSTAINED, AND $20,000 AGAINST (JOINTLY AND SEVERALLY) MENARD HEALTH CARE UNIT AND THE NURSE (JANE DOE #1) FOR THE PHYSICAL AND PSYCHOLOGICAL AND EMOTIONAL INJURY FROM THEIR FAILURE TO PROVIDE MEDICAL CARE TO ME. I WOULD ALSO LIKE TO BE AWARDED PUNITIVE DAMAGES AGAINST EACH DEFENDANT IN THE AMOUNT OF $7500.

VI. **JURY DEMAND** (check one box below)

The plaintiff ☒ does ☐ does not request a trial by jury.

**DECLARATION UNDER FEDERAL RULE OF CIVIL PROCEDURE 11**

I certify to the best of my knowledge, information, and belief, that this complaint is in full compliance with Rule 11(a) and 11(b) of the Federal Rules of Civil Procedure. The undersigned also recognizes that failure to comply with Rule 11 may result in sanctions.

Signed on: 3-24-20 (date)

PONTIAC CORRECTIONAL CENTER
P.O. BOX 99
Street Address

PONTIAC, ILLINOIS 61764
City, State, Zip

_Anthony McSpicer_
Signature of Plaintiff

ANTHONY MEDJESNOVICH
Printed Name

I.D.#: Y37366
Prisoner Register Number

_____
Signature of Attorney (if any)

Rev. 10/3/19

Y37366 MRDJENOVICH, ANTHONY          LEGAL MAIL CARD

| ORGANIZATION | OUTGOING | INCOMING |
|---|---|---|
| ARB | 12/18/19- | |
| ARNOLD & PORTER KAYE SCHOLER/SHELDON SOLOW, ATTY | 1/6/20- | 1/23/20- |
| US DISTRICT COURT - CHICAGO | 1/6/20-2/20/20(check)- | |
| COOK CO CIRC CT | 1/6/20-1/10/20- 2/20/20(check)- | |
| BESSEMER CRIMINAL COURT - MI | 1/8/20- | |
| IRVING MUNICIPAL COURT - IRVING, TX | 1/8/20-1/16/20-2/6/20(2)- | 1/28/20-1/31/20- |
| MATTHEW J. HAIDUK, ATTY | 1/14/20- | |
| ANDERSON CO DIST CT - PALESTINE, TX | 1/16/20(ret'd)-2/11/20- | |
| COLLINSVILLE COURT CLERK - IL | 1/16/20-3/2/20- | |
| 1ST DIST APPELLATE DEFENDER | | 1/17/20- |
| GOGEBIC CO CIRC CT | | 2/18/20- |
| DALLAS CO COURT CLERK - TX | 2/21/20- | |
| GRAPEVINE COURT CLERK - TX | 2/21/20- | |

END OF CARD

— SHOWING I CONTACTED ARB AND SENT ORIGINAL GRIEVANCE TO THEM.



**Illinois Department of Corrections**

Pat Quinn
Governor

S. A. Godinez
Director

Pontiac Correctional Center
700 W. Lincoln Street, P.O. Box 99
Pontiac, IL 61764

Telephone: (815) 842-2816
TDD: (800) 526-0844

## MEMORANDUM

DATE:

TO:

FROM: Trust Fund Office
Pontiac Correctional Center

SUBJECT: Trust Fund Request

---

We are in receipt of your request for a transaction statement. It is the policy of the Pontiac Correctional Center that a 90 day transaction statement will be provided upon request once every 30 days.

If you need a six month transaction statement to send to the federal court, your request must be accompanied by *either A or B* noted below. If you need a six month transaction statement to send to the circuit court, your request must be accompanied by *C*.

    *A.*    A court order requiring you to provide the transaction statement.

    *B.*    The Forma Pauperis Certificate **attached to your original completed complaint**. Your submitted documents will be returned to you with the requested transaction statement and completed Forma Pauperis Certification.

    *C.*    Your original completed complaint, which will be returned to you with the requested Transaction statement.

If you have any questions, please contact your correctional counselor.

**NOTE: Last Statement Date:** _____

Trust Office
Pontiac Correctional Center

cc:    file

# ILLINOIS DEPARTMENT OF CORRECTIONS
## Offender Disciplinary Report
### Menard Correctional Center

Date: 12-3-2019

**Type of Report:**
☒ Disciplinary  ☐ Investigative

Offender Name: Mrdjenovich, Anthony
Facility: WCH 102
ID #: Y37366
4242

Observation Date: 12-3-2019  Approximate Time: 8:20 ☒ a.m. ☐ p.m.  Location: ECH Front End

**Offense(s):** DR 504: 100-Violent Assault of Any Person   102 A Assault with Injury

**Observation**
On the above date and approximate time, while completing paperwork in the East Cell house Sergeant's cage, this R/L observed I/M Mrdjenovich (Y37366) charge towards C/O E. Campbell and strike him in the face. C/O Campbell then fell backwards, hitting his head against the wall. I/M Mrdjenovich continued to strike C/O Campbell until C/O G. Wilson arrived to assist. This R/L then activated an emergency alert via institutional radio. This R/L, then arrived, along with Sgt. Doeding. I/M Mrdjenovich was actively resisting being placed in mechanical restraints. Sgt. Doeding administered a burst of OC to gain compliance. I/M Mrdjenovich was then placed in mechanical restraints and taken to Menard HCU and to North 2. I/M Mrdjenovich's assault caused C/O Campbell and C/O Wilson to go to an outside hospital and complete workman's comp packets. Chain of command notified. I/M ID'd by

Witness(es): C/O E. Campbell, Sgt. Doeding, C/O G. Wilson, C/O J. James

Reporting Employee (Print Name): Lt. N. Bebout   Badge #: 4959   Date: 12-3-19   Time: 12:11 p.m.

**Disciplinary Action:**

Shift Review: ☒ Temporary Confinement  ☐ Investigative Status  Reasons: Nature of offense

Printed Name and Badge #: Major Rowland 4546   Shift Supervisor's Signature   Date: 12-3-19

Reviewing Officer's Decision: ☒ Confinement reviewed by Reviewing Officer  Comment: Continue Confinement
☒ Major Infraction, submitted for Hearing Investigator, if necessary and to Adjustment Committee
☐ Minor Infraction, submitted to Program Unit

Print Reviewing Officer's Name and Badge #

☐ Hearing Investigator's Review Required (Adult Correctional Facility Major Reports Only)
Print Hearing Investigator's Name and Badge #: F. Rivera  12104S   Date: 12-4-19

**Procedures Applicable to all Hearings on Investigative and Disciplinary Reports**
You have the right to appear and present a written or oral statement or explanation concerning the charges. You may present relevant physical material such as records or documents.

**Procedures Applicable to Hearings Conducted by the Adjustment Committee on Disciplinary Reports**
You may ask that witnesses be interviewed and, if necessary and relevant, they may be called to testify during your hearing. You may ask that witnesses be questioned along lines you suggest. You must indicate in advance of the hearing the witnesses you wish to have interviewed and specify what they could testify to by filling out the appropriate space on this form, tearing it off, and returning it to the Adjustment Committee. You may have staff assistance if you are unable to prepare a defense. You may request a reasonable extension of time to prepare for your hearing.

☒ Check if offender refused to sign

Offender's Signature   ID#

Serving Employee (Print Name)   Badge #   Signature
Date Served: 12-4-19   Time Served: 754   ☐ a.m. ☒ p.m.

☐ I hereby agree to waive 24-hour notice of charges prior to the disciplinary hearing.

Offender's Signature   ID#

-----
(Detach and Return to the Adjustment Committee or Program Unit Prior to the Hearing)

Date of Disciplinary Report   Print offender's name   ID#

I am requesting that the Adjustment Committee or Program Unit consider calling the following witnesses regarding the Disciplinary Report of the above date:

Print Name of witness   Witness badge or ID#   Assigned Cell (if applicable)   Title (if applicable)

Witness can testify to:

Print Name of witness   Witness badge or ID#   Assigned Cell (if applicable)   Title (if applicable)

Witness can testify to:

Page 1 of 2

Distribution: Master File, Offender, Facility (2)

DOC 0317 (Rev 2/2007)



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
prisoner.esl@ilsd.uscourts.gov

ELECTRONIC FILING COVER SHEET

Please complete this form and include it when submitting any type of document, letter, pleading, etc. to the U.S. District Court for the Southern District of Illinois for review and filing.

Name: ANTHONY MRDJENOVICH

ID Number: Y37366

Please answer questions as thoroughly as possible and circle yes or no where indicated.

1. Is this a new civil rights complaint or habeas corpus petition? **Yes** or No

   If this is a habeas case, please circle the related statute: 28 U.S.C. 2241 or 28 U.S.C. 2254

2. Is this an Amended Complaint or an Amended Habeas Petition? Yes or **No**

   If yes, please list case number: _____

   If yes, but you do not know the case number mark here: _____

3. Should this document be filed in a pending case? **Yes** or **No** (I HAVEN'T FILED LAWSUIT YET BUT I'M ABOUT TO)

   If yes, please list case number: _____

   If yes, but you do not know the case number mark here: _____

4. Please list the total number of pages being transmitted: 23 PGS

5. If multiple documents, please identify each document and the number of pages for each document. For example: Motion to Proceed In Forma Pauperis, 6 pages; Complaint, 28 pages.

| Name of Document | Number of Pages |
|---|---|
| MOTION AND AFFIDAVIT TO PROCEED IN DISTRICT COURT WITHOUT PAYING FEES OR COST. | 4 |
| LAWSUIT COMPLAINT | 19 |
| DISCIPLINARY REPORT FOR 12-3-19 | 1 |
| LEGAL MAIL CARD | 1 |

Please note that discovery requests and responses are NOT to be filed, and should be forwarded to the attorney(s) of record. Discovery materials sent to the Court will be returned unfiled.